UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEIDI DAKTER,

                      Plaintiff,

      -against-

BLOOMINGDALE'S, INC.,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/10/2020_

20 Civ. 8246 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      A certificate of default has issued against Defendant. ECF No. 11. Accordingly, by **December 10, 2020**, Plaintiff shall move for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases. Additionally, the initial pretrial conference scheduled for February 8, 2021, is ADJOURNED *sine die*.

      SO ORDERED.

Dated: November 10, 2020
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge